**Jeffrey P. Chicoine, P.C., OSB No. 902279**
jeff.chicoine@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

    Attorney for Defendant,
    Boyd Coffee Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SHANNON M. BENTZ** and **COLLEEN FLEMING**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**BOYD COFFEE COMPANY**,<br><br>    Defendant. | Case No. 3:11-cv-01165-HU<br><br>STIPULATION OF DISMISSAL<br>(Fed R Civ P 41(a)(1)(A)(ii)) |

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 – Stipulation of Dismissal (Fed R Civ P 41(a)(1)(A)(ii))

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate, by and through their respective attorneys, that judgment be entered dismissing all claims with prejudice and without costs or attorney fees awarded to any party.

IT IS SO STIPULATED:

Dated this 20th day of July, 2012.

MILLER NASH LLP

_____
Jeffrey P. Chicoine, OSB No. 902279
jeff.chicoine@millernash.com
Phone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Defendant
Boyd Coffee Company

SMITH & FJELSTAD

_____
Kerry M. L. Smith, OSB No. 881033
smithandfjelstad@frontier.com
722 North Main Avenue
Gresham, Oregon 97030
Phone: (503) 669-2242
Fax: (503) 669-2249

Attorneys for Plaintiffs
Shannon M. Bentz and Colleen Fleming

Page 2 – Stipulation of Dismissal (Fed R Civ P 41(a)(1)(A)(ii))

PDXDOCS:1972877.1
036980/0099